UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　　)<br>Jose Monjaraz　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Defendant(s)　　　　　　　)<br>_____) | CRIMINAL NO. 08MJ1040<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

　　　　　　　　　　　　　　　　　　　　　　　　　　　RUBEN B. BROOKS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Gliserio Moreno Dominguez

DATED: 4/15/08

　　　　　　　　　　　　　　　　　　　　　　　　　RUBEN B. BROOKS

　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____　　　　　　　　　　　OR
　　　　　DUSM

　　　　　　　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR.　Clerk
　　　　　　　　　　　　　　　　　　　　　　　by
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk