UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | 08 CR 1216 -W |
| Plaintiff ) | CRIMINAL NO. | 08 MJ 1040 |
| ) | | |
| vs. ) | ORDER | |
| ) | RELEASING MATERIAL WITNESS | |
| Monjaraz et al.; ) | | |
| ) | Booking No. | |
| Defendant(s) ) | | |

On order of the United States ~~District~~/ Magistrate Judge,   Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:  (Bond Posted / Case Disposed /(Order of Court))

Leonel Maya-Santillan

DATED:  4/17/08

_Ruben B. Brooks_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
                 by _[signature]_
                    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062